

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of D.C., a child,         * From the 29th District
Court of Palo Pinto County,
Trial Court No. C44764.

No. 11-13-00197-CV              * January 3, 2014

                               * Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is modified to delete paragraphs 6.2.1, 6.2.2, and 6.2.5; as modified, the order of the trial court is affirmed.